NIKKI BROWN

VERSUS

AT&T MOBILITY SERVICE, LLC AND
FEIL ORGANIZATION, LLC

NO. 23-C-283

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

June 07, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** NIKKI BROWN

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 778-500

---

Panel composed of Judges Fredericka Homberg Wicker,
Jude G. Gravois, and Robert A. Chaisson

## WRIT GRANTED; STAY DENIED

In this case arising from an injury sustained from a collapsing stool at a mall kiosk, Nikki Brown seeks supervisory review of a May 17, 2023 judgment of the trial court granting defendant AT&T Mobility Services, LLC's Motion to Strike or alternatively, Motion in Limine to Exclude her expert witness on economic damages, Kevin C. Willis, CPA. Defendant's motion is based upon its argument that Ms. Brown has no medical evidence that any work restriction has been placed upon Ms. Brown as a result of her injuries, and therefore there is no proper foundation for Mr. Willis' testimony.

Under Louisiana Code of Evidence Article 402, all relevant evidence is admissible, except as otherwise provided by the Constitution of the United States, the Constitution of Louisiana, the Code of Evidence, or other legislation. In support of its motion, defendant introduced an excerpt from Ms. Brown's deposition (which was taken in 2019), an excerpt from her treating physician, Dr. Shamieh's, deposition, and a copy of an additional medical evaluation from defendant's medical expert, Dr. Aiken. Defendant did not introduce a copy of Mr. Willis' expert report, which contains the opinion that defendant seeks to exclude.

On the showing made, we find that the trial court abused its discretion in granting defendant's motion to strike Mr. Willis' testimony at this stage of the proceedings. Accordingly, we reverse the May 17, 2023 judgment of the trial court and overrule defendant's motion to exclude Ms. Brown's expert witness.

Ms. Brown's other requested relief, including the request for a stay of the trial court proceedings, is denied.

Gretna, Louisiana, this 7th day of June, 2023.

**RAC**
**FHW**
**JGG**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **06/07/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-C-283**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Christine L. DeSue (Relator)
Joshua M. Hudson (Respondent)

### MAILED

Casie Z. Davidson (Respondent)
David F. Bienvenu (Respondent)
Windsor V. Richmond (Respondent)
Attorneys at Law
1100 Poydras Street
30th Floor
New Orleans, LA 70163

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ~~Faye Harris~~   ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>Faye Harris   6/9/23 |
| 1. Article Addressed to:<br><br>David F. Bienvenu<br>Attorney at Law<br>1100 Poydras Street<br>30th Floor<br>New Orleans, LA 70163<br>23-C-283      06-07-23 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2434 6249 3633 83 | 3. Service Type    ☐ Priority Mail Express®<br>☐ Adult Signature   ☐ Registered Mail™<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery   ☑ Return Receipt for Merchandise<br>☐ Collect on Delivery   ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7016 2070 0000 0954 7981 | ‖ Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt